NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**GOOGLE LLC,**
*Appellant*

**v.**

**REALTIME ADAPTIVE STREAMING LLC,**
*Appellee*

_____

2021-1545

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01033.

_____

**JUDGMENT**

_____

NAVEEN MODI, Paul Hastings LLP, Washington, DC, argued for appellant. Also represented by PHILLIP W. CITROEN, STEPHEN BLAKE KINNAIRD, JOSEPH PALYS, DANIEL ZEILBERGER.

PAUL ANTHONY KROEGER, Russ August & Kabat, Los Angeles, CA, argued for appellee. Also represented by, REZA MIRZAIE, JAMES S. TSUEI, PHILIP WANG.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 15, 2022                  /s/ Peter R. Marksteiner
      Date                     Peter R. Marksteiner
                               Clerk of Court